# KERN & HILLMAN, LLC

SCOTT C. KERN
ALLAN P. HILLMAN

scott@franchiselawsource.com
allan@franchiselawsource.com



November 5, 2009

Felicia C. Cannon, Clerk
United States District Court for the
District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE:   Phoenix Imports, Ltd. v. O'Hanlon's Brewing Co., Ltd.
      Case No.: 1:09-CV-02504-BEL

Dear Ms. Cannon:

    This firm represents Plaintiff Phoenix Imports, Ltd. ("Phoenix"). We seek entry of an Order of Default by the clerk, and also enclose a Motion for Judgment by Default with Memorandum, by reason of the fact that Defendant O'Hanlon's Brewing Co., Ltd. ("O'Hanlon's") has not answered or otherwise replied to the Complaint. In support of these requests, we state, in accordance with this Court's "Judgment by Default Information."

1.
- A.   Defendant was properly served on September 29, 2009 (see Memorandum in Support of Plaintiff's Motion for Judgment by Default, Exhibit 1, Hillman Affidavit, with attachments).

- B.   Defendant's time to answer or respond was October 19, 2009.

- C.   As of today, no answer or motion to dismiss or for summary judgment – indeed nothing – has been filed by Defendant. Nor has Defendant or any counsel for Defendant entered an appearance.

- D.   Please enter a default for want of answer or other defense.

2.   The completed, but unsigned, Order of Default form is attached. It is Exhibit 2 to the Memorandum in Support of Plaintiff's Motion for Judgment by Default.

3. As stated, a Motion for Judgment by Default and Memorandum is being filed herewith. An affidavit of Plaintiff's President stating the amount of money due, a sum certain of $894,948 (the damage amount of $894,498 plus the $350 in court costs, i.e., the filing fee and per Complaint, page 6, PRAYER), is enclosed as Exhibit 3 to the Memorandum in Support of Plaintiff's Motion for Judgment by Default.

4. The completed Judgment by Default form is Exhibit 4 to the Motion for Judgment by Default, and we request the Court to sign that Judgment by Default in accordance with Instruction 4(b) and Rule 55, F.R.C.P. There are no other requests and the judgment will be final as to all parties and claims.

Thank you very much.

Very truly yours,

Allan P. Hillman

Enclosures: Completed but unsigned Order of Default
Motion for Judgment by Default and Memorandum in Support with Exhibits 1 - 4

Cc: Ms. Elizabeth O'Hanlon, President, O'Hanlon's Brewing Co., Ltd.
(via First Class Air Mail, with enclosures)

Mr. George Saxon, Phoenix Imports, Ltd.
(via First Class Air Mail, with enclosures)